Marc C. Forsythe – Bar No. 153854
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210, Bldg. D
Irvine, California 92614
Email: mforsythe@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Defendants STEWART HOMES, INC. and AMY S. STEWART, as an Individual and trustee of the STEWART FAMILY TRUST DATED DECEMBER 6, 2020 incorrectly named as the STEWART TRUST

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>STEWART HOMES, INC., a California corporation, dba 5 Star Homes; CAPITAL (360), INC., a California corporation; DAVID M. TOFOLO, an individual; AMY S. STEWART, an individual; AMY S. STEWART, as trustee of the Stewart Family Trust Dated December 6, 2020; FRANK ARLASKY, an individual; SANDRA FERN WHITE, an individual; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 8:23-cv-01800-DOC-ADS<br><br>**JOINDER OF DEFENDANTS STEWART HOMES, INC. AND AMY S. STEWART, TRUSTEE OF THE STEWART TRUST FAMILY TRUST DATED DECEMBER 6, 2000 (INCORRECTLY IDENTIFIED AS THE STEWART TRUST) TO MOTION BY PLAINTIFF WELLS FARGO FOR ORDER: (1) ENFORCING SETTLEMENT AGREEMENT; AND (2) AWARDING SANCTIONS AGAINST DEFENDANTS FRANK ARLASKY, SANDRA WHITE, AND CAPITAL (360) INC.**<br><br>Hearing:<br>Date:   December 2, 2024<br>Time:   8:30 a.m.<br>Crtm:   10A (10th Floor) |

Defendants STEWART HOMES, INC. and AMY S. STEWART, trustee of the STEWART TRUST FAMILY TRUST DATED DECEMBER 6, 2000, incorrectly identified as the "STEWART TRUST" hereby file this joinder in support of the *Motion By Plaintiff Wells Fargo For Order: (1) Enforcing Settlement Agreement; and (2) Awarding Sanctions Against Defendants Frank Arlasky, Sandra White, and Capital (360) Inc.*

DATED:  October 1, 2024             **GOE FORSYTHE & HODGES LLP**

By:  /s/ *Marc C. Forsythe*
     Marc C. Forsythe
     Attorneys for STEWART HOMES, INC.
     and AMY S. STEWART, as an
     Individual and trustee of the STEWART
     FAMILY TRUST DATED DECEMBER
     6, 2020 incorrectly named as the
     STEWART TRUST

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st Day of October 2024, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system. Any other counsel of record who have not registered via the Court's CM/ECF system will be served by First Class Mail.

**GOE FORSYTHE & HODGES LLP**

By: /s/ *Marc C. Forsythe*
    Marc C. Forsythe
    Attorneys for STEWART HOMES, INC. and AMY S. STEWART, as an Individual and trustee of the STEWART FAMILY TRUST DATED DECEMBER 6, 2020 incorrectly named as the STEWART TRUST