# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:23-cv-01800-DOC (ADSx)　　　　　　　　　　　　Date: October 16, 2024

Title: Wells Fargo Bank v. Stewart Homes, Inc., et al.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):　ORDER OF COURT FOR HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT**

　　Before the Court is Plaintiff Wells Fargo's Motion to Enforce Settlement Agreement and Awarding Sanctions against Defendants. ("Motion" or "Mot.") (Dkt. 93). The Court orders the presence of all parties and requests that Plaintiff Wells Fargo bring all required documents and a private notary public in attendance for motion hearing set for December 2, 2024 at 8:30 AM before Judge David O. Carter.

　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kdu

CIVIL-GEN