Mark T. Flewelling (Bar No. 96465)
  mflewelling@lagerlof.com
Michael Rapkine (Bar No. 222811)
  mrapkine@lagerlof.com
LAGERLOF, LLP
155 North Lake Avenue, 11th Floor
Pasadena, California 91101
Tel: (626) 793-9400
Fax: (626) 793-5900

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>STEWART HOMES, INC., a California corporation, dba 5 Star Homes; CAPITAL (360), INC., a California corporation; DAVID M. TOFOLO, an individual; AMY S. STEWART, an individual; AMY S. STEWART, as trustee of the Stewart Family Trust Dated December 6, 2020; FRANK ARLASKY, an individual; SANDRA FERN WHITE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:23-cv-01800-DOC-ADS<br><br>[The Hon. David O. Carter]<br><br>**NOTICE BY PLAINTIFF WELLS FARGO WITHDRAWING ITS MOTION TO ENFORCE THE SETTLEMENT [Doc. 93]**<br><br>Hearing:    December 16, 2024<br>Time:       8:30 a.m.<br>Crtm.:      10A<br><br>Trial Date:    Vacated<br>Action Filed: September 25, 2023 |

**TO THE CLERK AND THE HONORABLE DAVID O. CARTER:**

Plaintiff WELLS FARGO BANK, N.A. ("Wells Fargo") hereby withdraws its pending motion to enforce the settlement and the bank's concurrent request for sanctions against defendants Capital (360), Inc., Frank Arlasky, and Sandra Fern White. (Doc. 93). Wells Fargo's motion is presently scheduled for hearing on December 16, 2024.

On or around November 25, 2024, the above-mentioned defendants fulfilled their obligations under the settlement. Accordingly, Wells Fargo's motion may be deemed moot and the upcoming hearing should be vacated.

Dated: December 4, 2024

Respectfully submitted,

LAGERLOF LLP

By: _____*/s/ Michael Rapkine*_____
Michael Rapkine
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 155 North Lake Avenue, 11th Floor, Pasadena, California 91101.

On the date below, I served the foregoing document(s) described as:

**NOTICE BY PLAINTIFF WELLS FARGO WITHDRAWING ITS MOTION TO ENFORCE THE SETTLEMENT [Doc. 93]**

on the interested parties in this case as follows:

**Served Electronically via the Court's CM/ECF System:**

| *Defendants Stewart Homes, Inc., Amy Stewart, an individual, and Amy S. Stewart, trustee of the Stewart Trust* | *Defendant, David M. Tofolo* |
|---|---|
| Marc C Forsythe, Esq.<br>GOE FORSYTHE AND HODGES LLP<br>18101 Von Karman Avenue<br>Suite 1200<br>Irvine, CA 92612<br>Tel: 949-798-2460<br>Email: mforsythe@goeforlaw.com | John Stephens, Esq.<br>FERGUSON BRASWELL FRASER KUBASTA PC<br>575 Anton Blvd., Suite 750<br>Costa Mesa, CA 92626<br>Tel: (949) 468-3200<br>Fax: (949) 468-3201<br>jstephens@fbfk.law |
| *Defendants Capital (360), Inc., Frank Arlasky and Sandra Fern White*<br><br>William J. Wall, Esq.<br>26895 Aliso Creek Road, #B-110<br>Aliso Viejo, CA 92656<br>Tel: (949) 387-4300<br>Email: wwall@wall-law.com | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the

3

office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **December 5, 2024.**

| Marianne Mantoen | */s/ Marianne Mantoen* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |