1  Mark T. Flewelling (Bar No. 96465)
       mflewelling@lagerlof.com
2  Michael Rapkine (Bar No. 222811)
       mrapkine@lagerlof.com
3  LAGERLOF, LLP
4  155 North Lake Avenue, 11th Floor
   Pasadena, California 91101
5  Tel: (626) 793-9400
   Fax: (626) 793-5900
6
7  Attorneys for Plaintiff
   WELLS FARGO BANK, N.A.
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>STEWART HOMES, INC., a California corporation, dba 5 Star Homes; CAPITAL (360), INC., a California corporation; DAVID M. TOFOLO, an individual; AMY S. STEWART, an individual; AMY S. STEWART, as trustee of the Stewart Family Trust Dated December 6, 2020; FRANK ARLASKY, an individual; SANDRA FERN WHITE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:23-cv-01800-DOC-ADS<br><br>[The Hon. David O. Carter]<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF WELLS FARGO AND AGAINST DEFENDANT STEWART HOMES, INC.**<br><br>Trial Date:     Vacated<br>Action Filed:  September 25, 2023 |

1  **<u>JUDGMENT</u>**

2  Having reviewed the foregoing stipulated judgment and good cause

3  appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

4  Plaintiff Wells Fargo Bank, N.A. is awarded judgment against defendant

5  Stewart Homes, Inc. and is entitled to recover from Stewart Homes the sum of

6  $260,000.00, plus post-judgment interest at the federal rate.

9  Dated: March 4, 2025

*/s/ David O. Carter*
HON. DAVID O. CARTER
U.S. District Judge