UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEWART HOMES, INC., a California corporation, dba 5 Star Homes; CAPITAL (360), INC., a California corporation; DAVID M. TOFOLO, an individual; AMY S. STEWART, an individual; AMY S. STEWART, as trustee of the Stewart Family Trust Dated December 6, 2020; FRANK ARLASKY, an individual; SANDRA FERN WHITE, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:23-cv-01800-DOC-ADS<br><br>[The Hon. David O. Carter]<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF WELLS FARGO AND AGAINST DEFENDANT AMY S. STEWART**<br><br>Trial Date:　　Vacated<br>Action Filed:　September 25, 2023 |

## **JUDGMENT**

Having reviewed the stipulated judgment submitted by the parties (Doc. 101) and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiff Wells Fargo Bank, N.A. is awarded judgment against defendant Amy S. Stewart and is entitled to recover from Amy Stewart the sum of $260,000.00, plus post-judgment interest at the federal rate.

As mentioned in the stipulated judgment (Doc. 101), Wells Fargo shall forebear on collection efforts and the recordation of this judgment with any county recorder's office for a period of five (5) years following entry of judgment.

Dated: March 20, 2025

_____
HON. DAVID O. CARTER
U.S. District Judge